# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| and | ) | |
| STATE OF TEXAS, | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | Case No. 1:25-cv-04235 |
| CONSTELLATION ENERGY CORPORATION, | ) | |
| CALPINE CORPORATION, | ) | |
| and | ) | |
| CPN CS HOLDCO CORP., | ) | |
| *Defendants.* | ) | |

## NOTICE OF ERRATUM

NOTICE is hereby given that the caption and first line of the Complaint (ECF No. 1), the United States' Explanation of Procedures under the Antitrust Procedures and Penalties Act (ECF No. 2), the Asset Preservation and Hold Separate Stipulation and Order (ECF No. 2-1), and the Proposed Final Judgment (ECF No. 2-2) incorrectly refers to "Constellation Energy Corporation, Inc." as a Defendant. The correct name of this Defendant is "Constellation Energy Corporation" (i.e., without the "Inc."), and the captions and first line of the Complaint merely contain a typographical error, which has been corrected in the above caption.

The United States respectfully requests that the Clerk conform the name of Defendant Constellation Energy Corporation with this erratum. The United States attaches a corrected Complaint identifying Constellation Energy Corporation as Defendant.

Dated: December 5, 2025                                        Respectfully submitted,

UNITED STATES OF AMERICA

/s/ Joseph Chandra Mazumdar

Joseph Chandra Mazumdar
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Tel: (202) 353-1560
Email: chan.mazumdar@usdoj.gov

Counsel for Plaintiff